IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOHN MICHAEL STEVE BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

After consultation with Pretrial Services,

IT IS ORDERED that the motion to modify conditions of pretrial release (filing 116) is denied.

June 19, 2008.              BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge