IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3009-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOHN MICHAEL STEVE BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

There being no objection by the government or the Pretrial Services Officer,

IT IS ORDERED that:

(1) The defendant's motion to modify conditions of pretrial release (filing 123) is granted.

(2) The following conditions of pretrial release are modified:

    7(h)    The defendant shall not leave Nebraska without the prior approval of the pretrial services officer or the court.

    7(p)    REMOVED

July 1, 2008.        BY THE COURT:

                      s/ *Richard G. Kopf*
                      United States District Judge