IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                          )<br>                         Plaintiff,          )<br>                                                          )<br>v.                                                       )<br>                                                          )<br>JOHN BROWN,                              )<br>                                                          )<br>                         Defendant,       ) | CASE NO.  4:08CR3009<br><br>**ORDER** |

THIS MATTER comes come before the Court upon Defendant's Unopposed Motion to Continue Supervised Release Hearing (filing 281). Being fully advised in the premises, and noting that the government and probation office have no objection, this Court finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Defendant's supervised release hearing is hereby continued to October 10, 2012, at 12:30 p.m.  Mr. Brown is ordered to appear at said time.

DATED this 18th day of September, 2012.

BY THE COURT:

*Richard G. Kopf*

The Honorable Richard G. Kopf
Senior United States District Judge